IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00594-PSF-MEH

WILLIAM HUNT,

      Plaintiff,

v.

P. GABRIEL, *et al.*,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY U.S. MAGISTRATE JUDGE MICHAEL E. HEGARTY**
**Dated: June 28, 2006**

      The Court held a Preliminary Scheduling/Status Conference on June 27, 2006, and the following deadlines were set:

| | | |
|---|---|---|
| ! | Discovery Cutoff: | September 27, 2006 |
| ! | Dispositive Motion Deadline: | October 27, 2006 |
| ! | Expert Witness Disclosure: | September 1, 2006 |
| ! | Joinder of Parties/Amendment of Pleadngs: | July 15, 2006 |

      A Final Pretrial Conference will be scheduled in this case after the filing of the dispositive motions, if any.