IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00594-PSF-MEH

WILLIAM HUNT,

    Plaintiff,

v.

P. GABRIEL, L.C.V. Mailroom Officer;
SGT. BORJOKOWSKI, L.C.F. Property Officer; and
MAJOR TREVOR WILLIAMS, L.C.F. Programs/Custody Officer,

    Defendants.

---

## ORDER GRANTING MOTION FOR LEAVE
## TO DEPOSE PLAINTIFF

---

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before me is the Defendants' Motion for Leave to Take Plaintiff's Deposition, filed by Defendants on September 1, 2006. Pursuant to Rule 30(a)(2) Fed.R.Civ.P., leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is in the custody of the Colorado Department of Corrections, and housed at the Limon Correctional Facility.

Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Rule 26(b)(2) Fed.R.Civ.P. would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, it is **ORDERED** that Defendants' Motion for Leave to Take Plaintiff's

Deposition [Filed September 1, 2006; Docket #28] is **granted**.  Defendants have permission to take the deposition of the Plaintiff on September 21, 2006, at 11:00 a..m., or as soon as the same can be scheduled.  The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of deposition.

Dated at Denver, Colorado, this 5th day of September, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge