IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00594-PSF-MEH

WILLIAM HUNT,

    Plaintiff,

v.

P. GABRIEL, L.C.F. Mailroom Officer,
SGT. BORJOKOWSKI, L.C.F. Property Officer, and
MAJOR TREVOR WILLIAMS, L.C.F. Programs/Custody Officer,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS

This matter is before the Court on Plaintiff's Motion to Dismiss Case Without Prejudice (Dkt. # 34), filed September 25, 2006.  Defendants filed a response on October 18, 2006 (Dkt. # 36), indicating that they "do not object to Plaintiff's request that his case be voluntarily dismissed without prejudice, each side to pay its own costs."  The Court hereby ORDERS that the referral of this motion to the Magistrate Judge is withdrawn and GRANTS Plaintiff's Motion to Dismiss (Dkt. # 34).  This case is hereby DISMISSED WITHOUT PREJUDICE, each side to bear its own costs and fees.

    DATED: November 6, 2006

                                BY THE COURT:

                                *s/ Phillip S. Figa*

                                Phillip S. Figa
                                United States District Judge